UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CASTRO,<br><br>               Petitioner,<br><br>     v.<br><br>LEPE,<br><br>               Respondent. | No. 1:20-cv-01365-NONE-SAB-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE AND CLOSE CASE<br><br>(Doc. Nos. 1, 5) |

Petitioner Benjamin Castro is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(C) and Local Rule 302. On November 5, 2020, the assigned magistrate judge issued findings and recommendations recommending that the petition be dismissed because petitioner's challenges to various COVID-19 restrictions in place at his institution of incarceration do not present a cognizable claim for federal habeas relief. (Doc. No. 5.) The findings and recommendations were served on petitioner and contained notice that any objections thereto were to be filed within thirty (30) days of the date of service of the findings and recommendations. To date, no objections have been filed, and the time for doing so has passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court holds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on November 5, 2020 (Doc. No. 5) are adopted in full;
2. The petition for writ of habeas corpus is dismissed; and
3. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close the case.

IT IS SO ORDERED.

Dated:   **January 8, 2021**                           /s/ Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE